UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

*Pt 08-353*

U.S.A. vs .LAWSON, Erik

Docket No.: 3:98-cr-341-J-33HTS (Middle District of Florida)

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

　　☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

**FILED**
JUN 27 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Royce C. Lamberth
Chief Judge
United States District Court

6/27/08
Date